**STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
James F. Holtz, Esq.
Nevada Bar No. 8119
Scott J. Ingold, Esq.
Nevada Bar No. 11818
1120 Town Center Drive, Suite 200
Las Vegas, Nevada   89144
Telephone:     (702) 304-1803
Facsimile:     (702) 304-1822
jholtz@stutzartiano.com
singold@stutzartiano.com

Attorneys for Defendant WALGREEN CO.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL SUPEK, | Case No. 2:13-cv-01516-APG-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| WALGREEN CO. an Illinois Corporation; and DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter, *Cheryl Supek v. Walgreen Co., et al.*, filed on October 25, 2012 in Clark County District Court as Case No. A-12-670819-C, and removed to the United States District Court for the District of Nevada as Case No. 2:13-cv-01516-APG-PAL, be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: December 19, 2013    VANNAH & VANNAH

/s/ John B. Greene
By:_____
Robert D. Vannah
Nevada Bar No. 002503
John B. Greene
Nevada Bar No. 004279
400 S. Fourth Street, 6th Floor
Las Vegas, Nevada 89101
Telephone (702) 369-4161
Facsimile (702) 369-0104
jgreene@vannahlaw.com
*Attorneys for Plaintiff Cheryl Supek*

DATED: December 19, 2013    STUTZ ARTIANO SHINOFF & HOLTZ
A Professional Corporation

/s/ James F. Holtz
By:_____
James F. Holtz
Nevada Bar No. 8119
Scott J. Ingold
Nevada Bar No. 11818
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone:   (702) 304-1803
Facsimile:    (702) 304-1822
*Attorneys for Defendant WALGREEN CO.*

## **ORDER**

Upon the stipulation of the parties entered into above,

IT IS HEREBY ORDERED that the above-entitled matter against Defendant is hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED: December 20, 2013.

_____
UNITED STATES DISTRICT JUDGE

G:\DATA\1329\87\PL\S0159453.WPD

1