UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHERYL SUPEK,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO. an Illinois Corporation; and DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01516-APG-PAL<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION**<br><br>(ECF No. 15) |

Counsel for plaintiff Cheryl Supek seeks an order deeming the settlement documents and release as having been executed by Supek. ECF No. 15. In the alternative, counsel seeks an order granting someone a power of attorney to execute documents on behalf of Supek. Supek's counsel cites no statute, caselaw, or other authority granting me such power. Local Rule 7-2(d) provides that "[t]he failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." Nor has Supek's counsel attempted to serve its motion on Supek. Defendant Walgreen has not responded to the motion. Nor has it moved to enforce the settlement it apparently negotiated with Supek. Nevertheless, in order to attempt to help the parties bring resolution to this situation, I am willing to entertain counsel's motion.

IT IS HEREBY ORDERED THAT defendant Walgreen shall file a response to the motion, if it chooses to be heard on this issue, by August 18, 2017. By August 18, 2017, counsel for Supek shall file proof of its efforts to serve the motion and this order on Supek. A hearing on the motion will be conducted on Thursday, August 24, 2017 at 9:00 a.m. in Las Vegas Courtroom 6C before Judge Andrew P. Gordon.

DATED this 8th day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE